SO ORDERED.

Dated: December 29, 2009

_____
CHARLES G. CASE, II
U.S. Bankruptcy Judge

TIFFANY & BOSCO
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-29107/0172353195

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Michael Dean Yarn and Brandi Yarn<br>      Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>      Movant,<br>  vs.<br><br>Michael Dean Yarn and Brandi Yarn, Debtors,<br>Lawrence J. Warfield, Trustee.<br><br>      Respondents. | No. 2:09-bk-28604-CGC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #16) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated September 5, 2007 and recorded in the office of the Navajo County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Michael Dean Yarn and Brandi Yarn have an interest in, further described as:

> Parcel 5, according to Book 37 of Land Surveys, Page 35, in Section 19, Township 12 North, Range 22 East of the Gila and Salt River Base and Meridian, Navajo County, Arizona;
>
> EXCEPT all oil, gas and minerals as reserved in Deed recorded in Docket 35, Page 413, Records of Navajo County, Arizona.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT